**Order entered September 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00027-CR

## EX PARTE ANGEL GUADALUPE TORRES

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX19-90191-J**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine the status of this appeal, whether appellant desired to prosecute the appeal, the status of the reporter's record, and the completeness of the clerk's record. The trial court made findings of fact on September 1, 2021.

We **ADOPT** the trial court's findings that:

• Appellant desires to prosecute the appeal. Appellant is now indigent and entitled to proceed without payment of the cost of the record.

• Hearings were conducted on September 20, 2019 (a substantive hearing on the merits of the writ application) and October 9, 2020 (regarding appellant's desire to appeal), court reporter's Melissa Maxwell and Kimberly

Xavier took those hearings, and the reporter's record will be filed by September 15, 2021.

• The July 27, 2020 clerk's record and the May 4, 2020, December 2, 2020, and March 17, 2021 supplemental clerk's records contain all the documents necessary to the disposition of this appeal with the exception of the trial court's docket sheet referencing the trial court having listened to the writ hearing testimony on September 20, 2019. A copy of that docket sheet is attached to the trial court's September 1, 2021 findings of fact contained in the supplemental clerk's record filed September 8, 2021.

We note that the reporter's record was filed September 7, 2021.

On the Court's own motion, we **ORDER** appellant's brief **DUE by October 18, 2021**. The State's brief is **DUE** thirty days after appellant's brief is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Audra Riley, Presiding Judge, Criminal District Court No. 3, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE